# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
231 West Lafayette Boulevard, Room 133
Detroit, Michigan 48226

CLERK'S OFFICE

TEL (313) 234-5005
FAX (313) 234-5393

2

Lonnie L. Griffin, #13844-039
U.S. Penitentiary
P. O. Box 150160
Atlanta, GA 30315

        Plaintiff

vs.

United States of America

        Defendant

Civil Case Number: 05-73343
Criminal Case Number: 90-80335-01
Honorable Anna Diggs Taylor
Magistrate: Steven D. Pepe

FILED '05 AUG 30 A9:21
U.S. DIST. COURT CLERK
EAST DIST. MICH.
DETROIT-PSG

## NOTICE OF FILING A MOTION UNDER 28 U.S.C. §2255

On August 22, 2005, motion under 28 U.S.C. § 2255 was filed in the above listed case.

A copy of this notice is delivered to you pursuant to Rule 3 of the Rules Governing Section 2255 Proceedings.

Please keep in mind that all papers filed in this matter must include both the civil and criminal case numbers, as well as the names of the presiding judge and magistrate. You are also required to file the original and one copy for the judge.

David J. Weaver, Clerk of the Court

_[signature]_
Deputy Clerk

Date: August 30, 2005
cc:   Assigned Judge
       Alan Gershel, AUSA

(REV 6/99)

# CIVIL COVER SHEET FOR PRISONER CASES
## TO BE FILED IN DUPLICATE WITH EVERY NEW CIVIL ACTION

05-73343

ANNA DIGGS TAYLOR
Magistrate Judge Steven D. Pepe

| Name of 1st Listed Plaintiff | Name of 1st Listed Defendant |
|---|---|
| Lonnie L. Griffin | United States of America |

**Inmate Number:** 13844-039

Defendant's County of Residence (If Located in Michigan)

- ☐ PARR HIGHWAY CORRECTIONAL FACILITY, P.O. BOX 1900, ADRIAN, MI 49221
- ☐ GUS HARRISON CORRECTIONAL FACILITY, P.O. BOX 1886, ADRIAN, MI 49221, LENAWEE COUNTY CODE: 26091
- ☐ BARAGA MAXIMUM CORRECTIONAL FACILITY, 301 WADAGA ROAD, BARAGA, MI 49908, BARAGA COUNTY CODE: 26013
- ☐ BOYER ROAD CORRECTIONAL FACILITY, P.O. BOX 5000, CARSON CITY, MI 48811, MONTCALM COUNTY CODE: 26117
- ☐ FLORENCE CRANE CORRECTIONAL FACILITY, P.O. BOX 307, 38 FOURTH STREET, COLDWATER, MI 49036
- ☐ LAKELAND CORRECTIONAL FACILITY, 141 FIRST STREET, COLDWATER, MI 49036, BRANCH COUNTY CODE: 26023
- ☐ MOUND CORRECTIONAL FACILITY, 17601 MOUND ROAD, DETROIT, MI 48212
- ☐ RYAN CORRECTIONAL FACILITY, 17600 RYAN ROAD, DETROIT, MI 48212
- ☐ WAYNE COUNTY JAIL, 570 CLINTON STREET, DETROIT, MI 48226, WAYNE COUNTY CODE: 26163
- ☐ GENESSE COUNTY JAIL, 1002 S. SAGINAW, FLINT, MI 48502, GENESSE COUNTY CODE: 26049
- ☐ OAKS CORRECTIONAL FACILITY, P.O. BOX 38, 1500 CABERFAE HWY, EASTLAKE, MI 49626-0038, MANISTEE COUNTY CODE: 26101
- ☐ WILLIAM DICKERSON FACILITY, 3501 HAMTRAMCK DRIVE, HAMTRAMCK, MI 48211, WAYNE COUNTY CODE: 26163
- ☐ SAGINAW CORRECTIONAL FACILITY, 9625 PIERCE ROAD, FREELAND, MI 48623, SAGINAW COUNTY CODE: 26145
- ☐ DEERFIELD CORRECTIONAL FACILITY, 1755 HARWOOD ROAD, IONIA, MI 48816
- ☐ RIVERSIDE CORRECTIONAL FACILITY, 777 W. RIVERSIDE DRIVE, IONIA, MI 48816
- ☐ MICHIGAN REFORMATORY, 1342 W. MAIN STREET, IONIA, MI 48816
- ☐ HANDLON MICHIGAN TRAINING UNIT, 1728 BLUEWATER HIGHWAY, P.O. BOX 492, IONIA, MI 48816, IONIA COUNTY CODE: 26067
- ☐ COOPER STREET CORRECTIONAL FACILITY, 3100 COOPER STREET, JACKSON, MI 49201
- ☐ CHARLES EGELER CORRECTIONAL FACILITY, 3855 COOPER STREET, JACKSON, MI 49201
- ☐ G. ROBERT COTTON CORRECTIONAL FACILITY, 3510 N. ELM ROAD, JACKSON, MI 49201
- ☐ STATE PRISON OF SOUTHERN MICHIGAN, 4000 COOPER STREET, JACKSON, MI 49201
- ☐ SOUTHERN MICHIGAN CORRECTIONAL FACILITY, 4010 COOPER STREET, JACKSON, MI 49201
- ☐ DUANE L. WATERS HOSPITAL, 3855 COOPER STREET, JACKSON, MI 49201-7517, JACKSON COUNTY CODE: 26075
- ☐ CHIPPEWA TEMPORARY CORRECTIONAL FACILITY, 4269 W. M-80, KINCHELOE, MI 49785
- ☐ HIAWATHA TEMPORARY CORRECTIONAL FACILITY, 4533 MARSHALL ROAD, KINCHELOE, MI 49786-0001
- ☐ CHIPPEWA CORRECTIONAL FACILITY, 4387 W. M-80, KINCHELOE, MI 49784-0001
- ☐ KINROSS CORRECTIONAL FACILITY, 176770 S. WATERTOWER DRIVE, KINCHELOE, MI 49788, CHIPPEWA COUNTY CODE: 26033
- ☐ THUMB CORRECTIONAL FACILITY, 3225 JOHN CONLEY DRIVE, LAPEER, MI 48446, LAPEER COUNTY CODE: 26087
- ☐ FEDERAL CORRECTIONAL INSTUTION - MILAN, P.O. BOX 1000, MILAN, MI 48160, WASHTENAW COUNTY CODE: 26161
- ☐ MACOMB COUNTY JAIL, P.O. BOX 2308, MOUNT CLEMONS, MI 48043, MACOMB COUNTY CODE: 26099
- ☐ MUSKEGON CORRECTIONAL FACILITY, 2400 SHERIDAN DRIVE, MUSKEGON, MI 49442
- ☐ EARNEST C. BROOKS CORRECTIONAL FACILITY, 2800 S. SHERIDAN DRIVE, MUSKEGON HEIGHTS, MI 48444
- ☐ MUSKEGON TEMPORARY CORRECTIONAL FACILITY, 2500 S. SHERIDAN DRIVE, MUSKEGON HEIGHTS, MI 48444, MUSKEGON COUNTY CODE: 26121
- ☐ ALGER MAXIMUM FACILITY, P.O. BOX 600, MUNISING, MI 49862, ALGER CONTY CODE: 26003
- ☐ MACOMB REGIONAL CORRECTIONAL FACILITY, 24625 26 MILE ROAD, P.O. BOX 480999, NEW HAVEN, MI 48048, MACOMB COUNTY CODE: 26099
- ☐ NEWBERRY CORRECTIONAL FACILITY, 3001 NEWBERRY AVENUE, NEWBERRY, MI 49868, LUCE COUNTY CODE: 26095
- ☐ PHOENIX CORRECTIONAL FACILITY, 47900 FIVE MILE ROAD, PLYMOUTH, MI 48170
- ☐ SCOTT CORRECTIONAL FACILITY, 47500 FIVE MILE ROAD, PLYMOUTH, MI 48170
- ☐ WESTERN WAYNE CORRECTIONAL FACILITY, 48401 FIVE MILE ROAD, PLYMOUTH, MI 48170, WAYNE COUNTY CODE: 26163
- ☐ OAKLAND COUNTY JAIL, P.O. BOX 436017, PONTIAC, MI 48343, OAKLAND COUNTY CODE: 26125
- ☐ HURON VALLEY CENTER, 3511 BEMIS ROAD, YPSILANTI, MI 48197
- ☐ HURON VALLEY MEN'S FACILITY, 3201 BEMIS ROAD, YPSILANTI, MI 48197, WASHTENAW COUNTY CODE: 26161
- ☐ US Penitentiary
- ☐ P.O. Box 150160
- ☐ Atlanta, GA 30315

---

**OFFICE USE ONLY**
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507-1000

**BASIS OF JURISDICTION**
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 2 Removed From State Court
- ☐ 3 Transferred from another District

**JURY DEMAND**
Check YES only if demanded in complaint
- ☒ No
- ☐ Yes

**NATURE OF SUIT**
- ☒ 510 Motions to Vacate Sentence
- ☐ 530 Habeas Corpus
- ☐ 535 Habeas/Death Penalty
- ☐ 540 Mandamus
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 890 Other

**FEE STATUS**
- ☐ IFP In Forma Pauperis
- ☒ WAI Waived
- ☐ PD Fee Paid

**CASE OPENING**
- ☐ OPEN AS FP
- ☒ OPEN AS CV
- ☐ OPEN AS X
- ☒ NO CREDIT REASSIGN TO

INT-0138-MIE Rev. 06/99